PETER J. LISKA, LLC

By:    /s/ Allison J. Kiffin
          (Allison J. Kiffin, Esq.)
766 Shrewsbury Avenue
Tinton Falls, NJ 07724
(732) 933-7777
(AJK 0179)
Attorneys for Garden Savings Federal Credit Union

## UNITED STATES BANKRUPTCY COURT
### District of New Jersey

|  |  |
|---|---|
| In Re: | CASE NO: 18-16547 |
| | CHAPTER 13 |
| Phillip S. Osley and | |
| Felicia A. Osley, | **NOTICE OF MOTION TO VACATE THE AUTOMATIC STAY AND PROCEED WITH SALE OF THE SECURED COLLATERAL** |
| Debtors. | |
| | Hon. Christine M. Gravelle, U.S.B.J. |
| | Motion Date: January 2, 2019 at 9:00 am |

TO:

Phillip S. and Felicia A. Osley
24 Stevens Road
Kendall Park, NJ 08824

Justin M. Gillman, Esq.
Gillman & Gillman
770 Amboy Avenue
Edison, NJ 08837

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08618

SIR/MADAM:

PLEASE TAKE NOTICE that on January 2, 2019, at 9 am, or as soon thereafter as counsel

may be heard, the undersigned, attorneys for secured creditor, Garden Savings Federal Credit

Union, will move before the United States Bankruptcy Court, 402 East State Street, Trenton, New

Jersey, for an Order vacating the automatic stay with respect to the Debtor's subject automobile, which serves as collateral for the loan between the parties, namely a 2013 BMW, bearing Vehicle Identification Number WBAFU 7C51D DU715 67  and allowing the secured creditor, Garden Savings Credit Union, to proceed with sale of the subject automobile.

PLEASE TAKE FURTHER NOTICE that if you wish to contest the within motion you must file with the office of the Clerk of the Bankruptcy Court, and serve the undersigned, within ten (10) days in advance of the aforesaid hearing, responding papers stating with particularity the basis of your opposition to the within motion.  A copy of the proposed order, which is sought, is enclosed with this motion.

The undersigned hereby certifies that there is no legal memorandum of law required pursuant to the Local Rules of Bankruptcy Procedure in light of the fact the issues presented to the Court will be questions of fact with regard to reason of the relief requested and therefore no memorandum of law is required.

PETER J. LISKA, LLC
Attorneys for Movant,
Garden Savings Federal Credit Union


By:    /s/ Allison J. Kiffin
            ALLISON J. KIFFIN, ESQ.

Dated: November 27, 2018

2

PETER J. LISKA, LLC


By:    /s/ Allison J. Kiffin
         (Allison J. Kiffin, Esq.)
766 Shrewsbury Avenue
Tinton Falls, NJ 07724
(732) 933-7777
(AJK 0179)
Attorneys for Garden Savings Federal Credit Union

## UNITED STATES BANKRUPTCY COURT
### District of New Jersey

|  |  |  |
|---|---|---|
|  |  | CASE NO:  18-16547<br>CHAPTER 13 |
| In Re: | x<br>x | **CERTIFICATION OF CREDITOR** |
| Phillip S. Osley and<br>Felicia A. Osley, | x<br>x | **IN SUPPORT OF MOTION TO**<br>**VACATE THE AUTOMATIC STAY** |
|  | x |  |
| Debtors. | x | Hon. Christine M. Gravelle, U.S.B.J.<br>Motion Date: January 2, 2019 |

Darren Jeremias, does hereby certify as follows:

1.      I am the Asset Recovery Specialist of Creditor, Garden Savings Federal Credit Union, by and through their attorneys, Peter J. Liska, LLC of Tinton Falls, New Jersey, and am an authorized representative of the Creditor/Lienholder of property of the Debtor, specifically a 2013 BMW 535x1.

2.      As such, I am fully familiar with this matter.

3.      On or about May 21, 2016, Debtors Phillip and Felicia Osley were approved by Creditor, Garden Savings Federal Credit Union, for an automobile loan in the amount of $30,084.10, with the 2013 BMW as collateral. (See Buyer's Order, Exh. A).

4.      The Debtor's Petition was filed on April 2, 2018 under Chapter 13 of the United States Bankruptcy Code.

5.     The Debtor's Plan provided that the automobile loan with Creditor, Garden Savings Federal Credit Union, would be paid outside the Plan and the arrears were to be paid through the Plan.

6.     Debtor's last pre-petition payment was made on or about February, 2018.

7.     Post-petition, the Debtor has not made timely payments and the loan is past due for September, 2018.

8.     The total delinquency since the filing of the Petition is $1952.73 (Annexed hereto is a Payment History, Exh.B).

9.     The information contained in this certification is current regarding payments received as of October 5, 2018.

10.     A statement of payoff is attached hereto as Exh.C.

11.     A copy of the value of the automobile is attached hereto as Exh.D.

12.     Request is hereby made that a counsel fee of $400.00 be included for this action.

13.     The Creditor now seeks an Order Vacating the Automatic Stay, on the grounds of lack of adequate protection as per Sec. 362 of the Bankruptcy Code, to permit them to repossess and sell the collateral.

## CERTIFICATION

I HEREBY CERTIFY that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Darren Jeremias,
Asset Recovery Specialist

Dated:  11/21/18

2

# EXHIBIT "A"

Bill of Sale

# BUYER'S ORDER

| Dealer/Seller Name and Address | Buyer/Co-Buyer Name(s) and Address(es) |
|---|---|
| QUALITY AUTO EXCHANGE, CORP | PHILLIP S OSLEY |
| QUALITY AUTO CENTER | 24 STEVENS ROAD |
| 100 E. SAINT GEORGES AVE. | KENDAL PARK, NJ 08824- |
| LINDEN, NJ 07036- | FELICIA OSLEY |
| COUNTY: UNION | 24 STEVENS ROAD |
| | KENDALL PARK, NJ 08824 |

PH: (908) 925-0020 FAX (908) 925-6771

| Date | 05/21/2016 | Stock No. 2750 | Salesperson JIMMY D |
|---|---|---|---|
| App No. | N/A | Contract No. 2328 | |

## Vehicle Information

| | | |
|---|---|---|
| ☐ New   ✗ Used | ☐ Demo | |
| Year 2013 | Lic. No. ~~~~~~~~~~ | |
| Make BMW | Odometer Reading 50224 | |
| Model 5-SERIES 535 | Color BLACK | |
| Body Style 4D | | |
| VIN WBAFU7C51DDU71567 | | |
| Other | | |

## Insurance Information

Buyer has arranged insurance on the motor vehicle.

Insurance Company

Policy No.

## Trade-In Information

### Trade-in 1

| Year N/A | Lic. No. N/A |
|---|---|
| Make N/A | Odometer Reading N/A |
| Model N/A | Color N/A |
| Body Style N/A | |
| VIN N/A | |
| Lienholder Name N/A | |
| Address N/A | |

| Phone N/A | Payoff N/A |
|---|---|
| Payoff good through | N/A |
| Approved | |

### Trade-in 2

| Year N/A | Lic. No. N/A |
|---|---|
| Make N/A | Odometer Reading N/A |
| Model N/A | Color N/A |
| Body Style N/A | |
| VIN N/A | |
| Lienholder Name N/A | |
| Address N/A | |

| Phone N/A | Payoff N/A |
|---|---|
| Payoff good through | N/A |
| Approved | |

## Itemization of Sale

| | | |
|---|---|---|
| 1. Vehicle Sales Price | $ | 30185.00 |
| 2. Sales Tax | $ | 2238.60 |
| 3. Subtotal (Add lines 1 + 2) | $ | 32423.60 |
| Title, License, & Other Fees | | |
| 4. TITLE FEE | $ | 99.00 |
| 5. TAG/REG FEE | $ | 181.50 |
| 6. ** Dealer Prep Fee | $ | 795.00 |
| 7. N/A | $ | N/A |
| 8. N/A | $ | N/A |
| 9. N/A | $ | N/A |
| 10. N/A | $ | N/A |
| 11. N/A | $ | N/A |
| 12. N/A | $ | N/A |
| 13. N/A | $ | N/A |
| 14. N/A | $ | N/A |
| 15. Total Other Fees (Add lines 4 through 14) | $ | 1075.50 |
| Additional Products | | |
| 16. PROGUARD WARRANTY | $ | 1795.00 |
| 17. GAP COVERAGE | $ | 795.00 |
| 18. N/A | $ | N/A |
| 19. To: Clerical Expense For: Doc Deliv. Service | | 495.00 |
| 20. N/A | $ | N/A |
| 21. N/A | $ | N/A |
| 22. N/A | $ | N/A |
| 23. N/A | $ | N/A |
| 24. Total Products (Add lines 16 through 23) | $ | 3085.00 |
| 25. Cash Sale Price (Add lines 3 + 15 + 24) | $ | 36584.10 |
| 26. Trade-in Allowance | $ | N/A |
| 27. Less Payoff | $ | N/A |
| 28. Net Trade Allowance (Line 26-27) | $ | N/A |
| 29. Cash Down Payment | $ | 6000.00 |
| 30. Deferred Down Payment | $ | 500.00 |
| 31. Total Down Payment (Line 28 + 29 + 30) | $ | 6500.00 |
| 32. Total Balance Due (Line 25-31) To Be Financed By: GARDEN SAVINGS FCU | $ | 30084.10 |

**THE DEALER PREP FEE IS NOT AN OFFICIAL FEE AND IS NOT
REQUIRED BY LAW BUT MAY BE CHARGED BY A DEALER. THIS
ADMINISTRATIVE FEE MAY RESULT IN A PROFIT TO DEALER.
NO PORTION OF THIS ADMINISTRATIVE FEE IS FOR THE DRAFTING,
PREPARATION, OR COMPLETION OF DOCUMENTS OR THE
PROVIDING OF LEGAL ADVICE.

Customized by Wayne Reaves Computer Systems, Inc.
Buyer's Order - NJ
Dealers System s, ??
Wolters Kluwer Financial Services  © 2004, 2009
NJBUYORD PDF (9/6Z/421) VER. FOXPRO 06/25/2015

BUYER SIGNATURE _____

COBUYER SIGNATURE _____

BUY-ORDER NJ 8/28/2009

Page 1 of 3

# CERTIFICATE OF TITLE



4   WBAFU 7C51D DU715 67      2013 BMW  535    4 DR

**STANDARD**        8      BK      03974U    2    0

110.00    06-23-2016              50224    A

PHILLIP S OSLEY
24 STEVENS ROAD
KENDALL PARK    NJ 08824 1421

O8041 25961 60692
FELICIA A OSLEY                    NUMBER OF OWNERS        2

OWNER DL/CC #: ▓▓▓▓▓▓▓▓▓        1

*State of New Jersey*
MOTOR VEHICLE COMMISSION

CONTROL NUMBER  **AV188590**

06-23-2016
40976 13380 70540
GRDN SAVINGS FED CREDIT UN
129 LITTLETON RD
PARSIPPANY    NJ 07054

GD201617500002139

ALTERATION OR ERASURE VOIDS THIS TITLE          KEEP IN SAFE PLACE

VOID IF ALTERED

---

THIS IS A RECEIPT DOCUMENT ONLY

VIN:   4 WBAFU7C51DDU71567      MILEAGE: 50224 A DUP:      STATUS:
BMW   2013  4 DR    535    BK    8   AXLE:2    DEALER ID:03974U
O8041 62682 02632                          TITLE I  :    110.00
PHILLIP S OSLEY                            SALES TAX :      0.00
24 STEVENS ROAD                            LFIS     :      0.00
KENDALL PARK    NJ 08824 1421              TOTAL    :    110.00
    GD201617500002139 110.00 I STANDARD
CO-OWNER(S)                                LIENHOLDER(S)
▓▓▓▓▓▓▓ 60692                              40976 13380 70540
FELICIA A OSLEY                            GRDN SAVINGS FED CREDIT UN

AV188590

# EXHIBIT "B"

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. 9004-1(b)

PETER J. LISKA, LLC
By: s/s Allison J. Kiffin, Esq.
766 Shrewsbury Avenue
Tinton Falls, NJ 07724
(732) 933-7777
(AJK 0179)
Attorneys for Garden Savings Federal
Credit Union

In Re:

Phillip S. Osley and
Felicia A. Osley,

Debtors.

Case No.:  18-16547-CMG

Hearing Date: _____

Chapter:  13

Judge:  Christine M. Gravelle

## CERTIFICATION OF CREDITOR
## REGARDING POST PETITION PAYMENT HISTORY
## (VEHICLE LOAN/LEASE)

DARREN JEREMIAS, employed as ASSET RECOVERY SPEC. by GARDEN SAVINGS F.C.U, hereby certifies the following:

Vehicle lender/lessor: GARDEN SAVINGS F.C.U

Vehicle description: 2013 BMW 535X1

**POST-PETITION PAYMENTS RECEIVED** (Petition filed on 4/2/2018 )

| | Amount due | Date Payment due | Date payment received | Amount received | How payment applied (mo/yr) | Type of payment (See Legend below) |
|---|---|---|---|---|---|---|
| 1. | ~~619~~ 619.91 | 4/21/18 | 5/24/18 | 620.00 | 4/21/18 | M P |
| 2. | 619.91 | 5/21/18 | 7/9/18 | ~~620~~ 619.91 | 5/21/18 | M P |
| 3. | 619.91 | 6/21/18 | 8/6/18 | 620.00 | 6/21/18 | M P |
| 4. | 619.91 | 7/21/18 | 9/7/18 | 620.00 | 7/2018 | M P |
| 5. | 619.91 | 8/21/18 | 10/5/18 | 620.00 | 8/2018 | M P |
| 6. | | | | | | |

| Amount due | Date Payment due | Date Payment received | Amount Received | How Payment applied (mo/yr) | Type of Payment (See Legend below) |
|---|---|---|---|---|---|
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| TOTAL: $ 0.00 | | | 3099.91 ~~$0.00~~ | | |

[Continue on attached sheets if necessary]

Monthly payments past due at $ 619.91 per month from  SEPTEMBER to NOVEMBER : $ 1859.73

Plus miscellaneous amounts due:

| | |
|---|---|
| Late Charges: | $ 62.00 |
| Repossession fees: | $ _____ |
| Extension fees: | $ _____ |
| Other: | $ 31.00 |

TOTAL POST-PETITION PAST DUE........................ $ 1952.73 ~~0.00~~

_____

Pre-petition arrears: FEBRUARY to MARCH
( 2 months x $ 619.91 per month = ~~$0.00~~ 1239.82 )

Legend: MP = monthly payment; EXF = Extension fee; LC = Late Charge; O = Other *specify other payments received

I certify under penalty of perjury that the above is true.

Date: 11/20/18                            _Dan Jervis_
                                          Signature

rev.8/1/15

# EXHIBIT "C"



**GARDEN SAVINGS**
Federal Credit Union

129 Littleton Road
Parsippany, NJ 07054
973-576-2000 ♦ Toll Free: 1-888-554-9328
Fax: 973-316-0317
www.gardensavingsfcu.org

11-21-2018

Phillip S. Osley
24 Stevens Rd
Kendall Park, NJ  08824

Attn:   Phillip S. Osley:

Subject:  Acct Nbr:      ████9500
          Borrower(s): Phillip S. Osley
                       Felicia A. Osley

Dear  Phillip S. Osley:

The amount needed to fully satisfy the above loan on ___11-21-2018___ is ___24,812.06___ .
The following table describes the payoff amount in detail:

| Balance Description | Due Credit Union | Due Member | Per Diem After 11-21-2018 |
|---|---|---|---|
| Note Balance | 24,275.36 | | |
| Note Interest | 443.70 | | 9.44 |
| Late Charge Balance | 62.00 | | |
| Allied CPI Premium Financed | | | |
| Deferred Loan Late Charge | 31.00 | | |
| **Totals** | 24,812.06 | 0.00 | |

Very truly yours,

# EXHIBIT "D"

Home > What's My Car Worth > Style > **Options & Condition** > 535i xDrive Sedan 4D



**TRADE-IN VALUE**

This estimated value helps you confidently negotiate with dealers.

Average Time to Trade-In:

**1-7 DAYS**

Level of Effort:
Medium

See Overview of Values

Condition: Good
Valid for ZIP Code 08824 through 11/27/2018

**Overall Consumer Rating 8.3/10**
★★★★☆ 135 Ratings



## Start the Trade-in Process Online

Plus, get a no-obligation quote for your next car.

Your Trade-in Vehicle
**2013 BMW 5 Series 535i xDrive Sedan 4D**

Change Vehicle

What Vehicle Are You Shopping For?

| Make | Model | 08824 | See Local Dealers |

## Shop for Your Next Car

Browse photos, read reviews, see pricing and more.

New
Make
Model

Take a Look



**Similar Vehicles**

2018 Cadillac XT5

2019 Buick Enclave

2018 Mercedes-Benz E-Class

2018 Volvo V90

**More Shopping Tools**

presented by 



**The 2018 Volvo S90**

· Learn More      · Build Yours
· Find a Dealer

Advertisement

# Trade Up to a New Car



2018 Mercedes-Benz
Mercedes-AMG C-Class
Est. $835/mo*



2017 Jaguar XE

Est. $770/mo*



2017 Lincoln MKX

Est. $767/mo*



2017 Audi Q7

Est. $782/mo*

*Based on the **Blue Book® Fair Purchase Price** (click vehicle to see) for 60 months, 3.19% APR, 20% down & 6.5% tax. For illustrative purposes only and not an offer/commitment to provide credit or financing.

---

## New Car Price Quote

**3 Easy Steps!**
**Step 1:** Select a vehicle
**Step 2:** Find a dealer
**Step 3:** Get free quotes

BMW ⌄    5 Series ⌄

**ZIP Code:** 08824    Start

---

## Sellers Tools

**Give Buyers Confidence**
Show them a clean AutoCheck vehicle history report

✓AutoCheck

---

**Refinance Your Car**
Compare loan offers from multiple lenders to see if you can lower your monthly payment

lendingtree

---

## Sellers Information

### 10 Steps for Selling Your Car
Our experts walk you through the steps. **Get the Details**

---

### How to Improve Resale Value
Whether selling or trading in, get the most for your car with these tips. **Watch video**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

PETER J. LISKA, LLC
Allison J. Kiffin, Esq.
766 Shrewsbury Avenue
Tinton Falls, NJ 07724
732-933-7777
(AJK 0179)

| | |
|---|---|
| In Re:<br><br>Phillip S. Osley and<br>Felicia A. Osley<br><br>Debtors. | Case No.: _____ 18-16547 _____<br><br>Hearing Date: _____ January 2, 2019 _____<br><br>Judge: _____ Christine M. Gravelle _____<br><br>Chapter: _____ 13 _____ |

Recommended Local Form:     ☑ Followed     ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

Upon the motion of _____ Garden Savings Federal Credit Union _____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

❑     Real property more fully described as:

☑     Personal property more fully described as:
        2013 BMW 535x1 Vin 4 WBAFU 7C51D DU715 67

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

PETER J. LISKA, LLC
By: /s/ Allison J. Kiffin, Esq.
766 Shrewsbury Avenue
Tinton Falls, NJ 07724
(732) 933-7777
(AJK 0179)
Attorneys for Garden Savings
Federal Credit Union

| | |
|---|---|
| Case No.: | 18-16547 |
| Chapter: | 13 |

In Re:

      Phillip S. Osley and
      Felicia A. Osley,
               Debtors.

| | |
|---|---|
| Adv. No.: | |
| Hearing Date: | January 2, 2019 |
| Judge: | Christine M. Gravelle |

## CERTIFICATION OF SERVICE

1.  I,  Allison J. Kiffin, Esq.  :

    ☒ represent _____ in the this matter.

    ☐ am the secretary/paralegal for _____, who represents

    _____ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2.  On  November 28, 2018 , I sent a copy of the following pleadings and/or documents
to the parties listed in the chart below.
Motion to Vacate the Automatic Stay

3.  I certify under penalty of perjury that the above documents were sent using the mode of service
indicated.

Date:  11/28/2018 

                    /s/ Allison J. Kiffin 
                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Phillip S. and Felicia A. Osley<br>24 Stevens Road<br>Kendall Park, NJ 08824 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| Justin M. Gillman, Esq.<br>Gillman & Gillman<br>770 Amboy Avenue<br>Edison, NJ 08837 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08618 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |

3

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*

4