UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
47899
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Ally Financial

**Order Filed on February 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

SAMUEL PARIS

Case No.: 18-12508

Adv. No.:

Hearing Date: 1-30-18

Judge: CMG

# ORDER RESOLVING OBJECTION OF ALLY FINANCIAL TO DEBTOR'S MOTION TO REDEEM

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 4, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Samuel Paris**
**18-12508(CMG)**
**Order resolving objection of Ally Financial to Debtor's Motion to Redeem**
**Page 2**


This matter having been brought on before this Court on objection to debtor's motion to redeem personal property filed by John R. Morton, Jr., Esq., attorney for Ally Financial ("Ally"), with the appearance of Edward Hanratty, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

    1. Ally's objection to debtor's motion to redeem is resolved as follows:

       a. **Value of property being redeemed:**  Debtor seeks to redeem his 2009 Nissan Altima bearing VIN 1N4AL21E59N483721 (the "vehicle") from the lien of Ally.  This court finds that the value of the property being redeemed by the debtor is $5,375.00.

       b. **Payment of $5,375.00 to Ally:**  To redeem the Nissan Altima, the debtor shall pay the sum of $5375.00 to Ally Financial by February 14, 2019.

       c. **Release of vehicle and title:**  Ally Financial has physical possession of the 2009 Nissan Altima.  Ally shall retain possession of the vehicle.  If the debtor pays the redemption amount of $5375.00 to Ally by February 14, 2019, Ally shall release the vehicle to the debtor and forward the title to the vehicle to 722 Redemption at such time as the check for the redemption amount clears.

       d. **Sale of the vehicle by Ally:**  If the debtor fails to pay the redemption amount of $5375 to Ally by February 14, 2019, then Ally may proceed to immediately sell the vehicle.