**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
47899
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Ally Financial

**Order Filed on February 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

SAMUEL PARIS

Case No.: 18-12508

Adv. No.:

Hearing Date: 1-30-18

Judge:  CMG

## ORDER RESOLVING OBJECTION OF ALLY FINANCIAL TO DEBTOR'S MOTION TO REDEEM

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 4, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Samuel Paris**
**18-12508(CMG)**
**Order resolving objection of Ally Financial to Debtor's Motion to Redeem**
**Page 2**

This matter having been brought on before this Court on objection to debtor's motion to redeem personal property filed by John R. Morton, Jr., Esq., attorney for Ally Financial ("Ally"), with the appearance of Edward Hanratty, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. Ally's objection to debtor's motion to redeem is resolved as follows:

    a. **Value of property being redeemed:** Debtor seeks to redeem his 2009 Nissan Altima bearing VIN 1N4AL21E59N483721 (the "vehicle") from the lien of Ally. This court finds that the value of the property being redeemed by the debtor is $5,375.00.

    b. **Payment of $5,375.00 to Ally:** To redeem the Nissan Altima, the debtor shall pay the sum of $5375.00 to Ally Financial by February 14, 2019.

    c. **Release of vehicle and title:** Ally Financial has physical possession of the 2009 Nissan Altima. Ally shall retain possession of the vehicle. If the debtor pays the redemption amount of $5375.00 to Ally by February 14, 2019, Ally shall release the vehicle to the debtor and forward the title to the vehicle to 722 Redemption at such time as the check for the redemption amount clears.

    d. **Sale of the vehicle by Ally:** If the debtor fails to pay the redemption amount of $5375 to Ally by February 14, 2019, then Ally may proceed to immediately sell the vehicle.

United States Bankruptcy Court
District of New Jersey

In re:
Phillip S Osley
Felicia A. Osley
        Debtors

Case No. 18-16547-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 04, 2019
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2019.
db/jdb         +Phillip S Osley,    Felicia A. Osley,    24 Stevens Road,    Kendall Park, NJ 08824-1421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2019 at the address(es) listed below:
         Albert   Russo    docs@russotrustee.com
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
         Allison J. Kiffin    on behalf of Creditor    Garden Savings Federal Credit Union
          collections@peterliska.com
         Craig Scott Keiser    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION
          craig.keiser@phelanhallinan.com
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
          jschwartz@mesterschwartz.com
         Justin M Gillman    on behalf of Debtor Phillip S Osley ecf@gbclawgroup.com,
          r47252@notify.bestcase.com
         Justin M Gillman    on behalf of Joint Debtor Felicia A. Osley ecf@gbclawgroup.com,
          r47252@notify.bestcase.com
         Nicholas V. Rogers    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com
         Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
          rsolarz@kmllawgroup.com
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                                                                                                     TOTAL: 11