UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Allison J. Kiffin, Esq.
PETER J. LISKA, LLC
766 Shrewsbury Avenue
Tinton Falls, NJ 07724
(732) 933-7777
Attorneys for Garden Savings Federal Credit Union

Order Filed on February 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Philip Osley and Felicia Osley
                Debtors.

Case No.: 18-16547

Chapter 13

Hearing Date: January 16, 2019

Judge: Christine M. Gravelle, U.S.B.J.

## CONSENT ORDER RESOLVING CREDITORS MOTION TO VACATE THE AUTOMATIC STAY

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

DATED: February 5, 2019

Honorable Christine M. Gravelle
United States Bankruptcy Judge

PETER J. LISKA, LLC

By: /s/ *Allison J. Kiffin*
    (Allison J. Kiffin, Esq.)
766 Shrewsbury Avenue
Tinton Falls, NJ 07724
(732) 933-7777
(AJK 0179)
Attorneys for Garden Savings Federal Credit Union

**UNITED STATES BANKRUPTCY COURT**
District of New Jersey

| In Re: | | CASE NO.: 18-16547 |
|---|---|---|
| | x | CHAPTER 13 |
| Philip Osley and Felcia Osley | x | **CONSENT ORDER RESOLVING CREDITORS MOTION TO VACATE THE AUTOMATIC STAY** |
| | x | |
| Debtors. | x | |

Hon. Christine M. Gravelle, U.S.B.J.
Confirmation Hearing: January 16, 2019

This matter having been opened by the Creditor, Garden Savings Federal Credit Union, by its counsel, Peter J. Liska, L.L.C, Allison J. Kiffin, Esq., appearing, and counsel for the Creditor having conferred with counsel for the Debtors, Gilman & Gilman, L.L.C., Justin M. Gilman, Esq., appearing, and the parties having reached an agreement to resolve the Creditor's Motion to Vacate the Automatic Stay, do hereby consent to the entry of the following Order:

1. The Debtor's post-petition arrears on their automobile loan with the Creditor total $2593.64 through December 2018.

2. The Debtor is making an immediate payment of $620.00 directly to the Creditor.

3. After credit for the above $620 payment, the post-petition arrears will be $1973.64.

4. The Debtor will recommence making the regular monthly payments of $619.91 starting with the January 21, 2019 payment.

5. The Debtors will cure the remaining post-petition arrears by making extra cure payments of $328.94 a month for six months commencing with the regular monthly payment due

January 21, 2019, for total payments of $948.85 a month ($619.91 + $328.94 cure payment) for the six-month cure period.

6. After making the six-monthly cure payments, the Debtors will continue to make the regular post-petition monthly payments of $619.91/month as per the loan contract.

7. In the event that the Debtors fail to make any of the above payments, the Creditor is permitted to file a Certification of Default seeking an order to vacate the automatic stay at that time.

By signing below, the parties agree to the entry of the above Consent Order resolving the Creditor's Motion to Vacate the Automatic Stay.

By Counsel, Gillman & Gillman, LLC
Attorney for Philip Osley

Dated: 1/23/19

By Counsel, Allison J. Kiffin, Esq.
Attorney for Garden Savings
Federal Credit Union

Dated: 1/23/19

-2-

2

United States Bankruptcy Court
District of New Jersey

In re:
Phillip S Osley
Felicia A. Osley
    Debtors

Case No. 18-16547-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 05, 2019
                         Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2019.
db/jdb         +Phillip S Osley,    Felicia A. Osley,    24 Stevens Road,    Kendall Park, NJ 08824-1421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2019                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2019 at the address(es) listed below:
          Albert    Russo    docs@russotrustee.com
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Allison J. Kiffin    on behalf of Creditor    Garden Savings Federal Credit Union
          collections@peterliska.com
          Craig Scott Keiser    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION
          craig.keiser@phelanhallinan.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
          jschwartz@mesterschwartz.com
          Justin M Gillman    on behalf of Debtor Phillip S Osley ecf@gbclawgroup.com,
          r47252@notify.bestcase.com
          Justin M Gillman    on behalf of Joint Debtor Felicia A. Osley ecf@gbclawgroup.com,
          r47252@notify.bestcase.com
          Nicholas V. Rogers    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
          rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                      TOTAL: 11