UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, NJ 08837
(732) 661-1664
Attorney for the Debtor(s)

By: Justin M. Gillman, Esq.

| | |
|---|---|
| In Re:<br><br>Phillip Osley<br>Felicia Osley | Case No.: _____18-16547_____<br><br>Judge: _____CMG_____<br><br>Chapter: 13 |

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1.      ☒  Motion for Relief from the Automatic Stay filed by _____Toyota Motor Credit_____ ,

creditor,

A hearing has been scheduled for _____April 3, 2019_____, at _9:00 a.m._.


☐  Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.


☐  Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.


2.      I oppose the above matter for the following reasons (**choose one**):

☒  Payments have been made in the amount of $ _____1230.78_____, but have not

been accounted for.  Documentation in support is attached.

☒  Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

Debtors had unexpected additional expenses.  Debtors can resume regular
monthly payments and cure arrears within reasonable  period of time.

☐  Other **(explain your answer)**:

3.      This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date: 3/26/2019 _____          /s/ Phillip Osley _____
                                        Debtor′s Signature

Date: 3/26/2019 _____          /s/ Felicia Osley _____
                                        Debtor′s Signature

**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
        13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
        opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
        Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
        Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
        Default.

*rev.8/1/15*