UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Justin M. Gillman, Esq.
Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, New Jersey 08837
(732) 661-1664
Attorney for Debtor(s)

Order Filed on August 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Phillip Osley
Felicia Osley

Case No.: 18-16547

Chapter: 13

Judge: CMG

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 8, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Justin M. Gillman, Esq._____, the applicant, is allowed a fee of $ _____1,700.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____1,700.00_____. The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____1,008.00_____ per month for ___36_____ months beginning May 1, 2020 to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Phillip S Osley  
Felicia A. Osley  
      Debtors

Case No. 18-16547-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Aug 09, 2019  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2019.  
db/jdb         +Phillip S Osley,    Felicia A. Osley,    24 Stevens Road,    Kendall Park, NJ 08824-1421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2019 at the address(es) listed below:

       Albert   Russo    docs@russotrustee.com  
       Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
       Allison J. Kiffin    on behalf of Creditor   Garden Savings Federal Credit Union collections@peterliska.com  
       Craig Scott Keiser    on behalf of Creditor   FREEDOM MORTGAGE CORPORATION craig.keiser@law.njoag.gov  
       Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       Jason Brett Schwartz    on behalf of Creditor   Capital One Auto Finance jschwartz@mesterschwartz.com  
       Justin M Gillman    on behalf of Debtor Phillip S Osley ecf@gbclawgroup.com, 5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com  
       Justin M Gillman    on behalf of Joint Debtor Felicia A. Osley ecf@gbclawgroup.com, 5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com  
       Nicholas V. Rogers    on behalf of Creditor   FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com  
       Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation rsolarz@kmllawgroup.com  
       Robert   Davidow    on behalf of Creditor   FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                        TOTAL: 12