Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–16547–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Phillip S Osley  
24 Stevens Road  
Kendall Park, NJ 08824

Felicia A. Osley  
24 Stevens Road  
Kendall Park, NJ 08824

Social Security No.:
xxx–xx–0601                                                                 xxx–xx–2203

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 12/4/19 at 09:00 AM

to consider and act upon the following:

*62* – Creditor's Certification of Default (related document:58 Order on Motion For Relief From Stay) filed by Robert Davidow on behalf of FREEDOM MORTGAGE CORPORATION. Objection deadline is 11/22/2019. (Attachments: # 1 Proposed Order # 2 Attorney Certification # 3 Certificate of Service # 4 Exhibit A) (Davidow, Robert)

Dated: 11/25/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court