Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

    Case No.: 18−16547−CMG
    Chapter: 13
    Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Phillip S Osley                           Felicia A. Osley
   24 Stevens Road                      24 Stevens Road
   Kendall Park, NJ 08824           Kendall Park, NJ 08824

Social Security No.:
   xxx−xx−0601                             xxx−xx−2203

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 12/4/19 at 09:00 AM

to consider and act upon the following:

*62* − Creditor's Certification of Default (related document:58 Order on Motion For Relief From Stay) filed by Robert Davidow on behalf of FREEDOM MORTGAGE CORPORATION. Objection deadline is 11/22/2019. (Attachments: # 1 Proposed Order # 2 Attorney Certification # 3 Certificate of Service # 4 Exhibit A) (Davidow, Robert)

Dated: 11/25/19

                                                             Jeanne Naughton
                                                             Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Phillip S Osley
Felicia A. Osley
      Debtors

Case No. 18-16547-CMG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Nov 25, 2019
                            Form ID: ntchrgbk   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2019.
db/jdb         +Phillip S Osley,   Felicia A. Osley,   24 Stevens Road,   Kendall Park, NJ 08824-1421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2019 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Allison J. Kiffin    on behalf of Creditor   Garden Savings Federal Credit Union
       collections@peterliska.com
      Craig Scott Keiser    on behalf of Creditor   FREEDOM MORTGAGE CORPORATION
       craig.keiser@law.njoag.gov
      Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
       dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Jason Brett Schwartz    on behalf of Creditor   Capital One Auto Finance
       jschwartz@mesterschwartz.com
      Justin M Gillman    on behalf of Debtor Phillip S Osley ecf@gbclawgroup.com,
       R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com
      Justin M Gillman    on behalf of Joint Debtor Felicia A. Osley ecf@gbclawgroup.com,
       R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com
      Nicholas V. Rogers    on behalf of Creditor   FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com
      Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
       rsolarz@kmllawgroup.com
      Robert   Davidow    on behalf of Creditor   FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                    TOTAL: 12