| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Gillman, Bruton & Capone, LLC<br><br>Justin Gillman, Esq.<br>770 Amboy Avenue<br>Edison, NJ 08837<br>Phone #732-661-1664 | Order Filed on June 19, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Phillip and Felicia Osley | Case No.:    18-16547-CMG<br><br>Chapter:    13<br><br>Judge:    Christine M. Gravelle |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 19, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

4834-3999-7372, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Justin Gillman _____, the applicant, is allowed a fee of $____3,562.50____ for services rendered and expenses in the amount of $____0____ for a total of $____3,562.50____. The allowance is payable:

☒ $___3,562.50___ through the Chapter 13 plan as an administrative priority.

☒ $_____0_____ outside the plan.

The debtor's monthly plan is modified to require a payment of $____1,014.00____ per month for __34__ months to allow for payment of the above fee.

*rev.8/1/15*

4834-3999-7372, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
Phillip S Osley  
Felicia A. Osley  
       Debtors

Case No. 18-16547-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Jun 19, 2020  
                           Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2020.  
db/jdb       +Phillip S Osley,   Felicia A. Osley,   24 Stevens Road,   Kendall Park, NJ 08824-1421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2020 at the address(es) listed below:

          Albert   Russo   docs@russotrustee.com  
          Albert   Russo   on behalf of Trustee Albert   Russo docs@russotrustee.com  
          Allison J. Kiffin   on behalf of Creditor   Garden Savings Federal Credit Union    collections@peterliska.com  
          Andrew L. Spivack   on behalf of Creditor   FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com  
          Craig Scott Keiser   on behalf of Creditor   FREEDOM MORTGAGE CORPORATION    craig.keiser@law.njoag.gov  
          Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation    dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Jason Brett Schwartz   on behalf of Creditor   Capital One Auto Finance    jschwartz@mesterschwartz.com  
          Justin M Gillman   on behalf of Debtor Phillip S Osley ecf@gbclawgroup.com,    R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com  
          Justin M Gillman   on behalf of Joint Debtor Felicia A. Osley ecf@gbclawgroup.com,    R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com  
          Rebecca Ann Solarz   on behalf of Creditor   Toyota Motor Credit Corporation    rsolarz@kmllawgroup.com  
          Robert   Davidow   on behalf of Creditor   FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com  
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                            TOTAL: 12