Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−16547−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Phillip S Osley  
24 Stevens Road  
Kendall Park, NJ 08824

Felicia A. Osley  
24 Stevens Road  
Kendall Park, NJ 08824

Social Security No.:
   xxx−xx−0601                                          xxx−xx−2203

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on July 2, 2020.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 2, 2020
JAN: rms

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                            District of New Jersey

In re:                                                      Case No. 18-16547-CMG
Phillip S Osley                                             Chapter 13
Felicia A. Osley
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3         User: admin              Page 1 of 3                  Date Rcvd: Jul 02, 2020
                             Form ID: 148             Total Noticed: 63


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2020.
db/jdb         +Phillip S Osley,    Felicia A. Osley,    24 Stevens Road,    Kendall Park, NJ 08824-1421
cr             +FREEDOM MORTGAGE CORPORATION,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
                 Suite 100,    Mt. Laurel, NJ 08054-3437
517431990       Equifax,   P.O. Box 740241,    Atlanta, GA 30374-0241
517431991      +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
517499804      +FREEDOM MORTGAGE CORPORATION,    FREEDOM MORTGAGE,    ATTN: BANKRUPTCY DEPARTMENT,
                 10500 KINCAID DRIVE,    FISHERS IN 46037-9764
517431994      +Freedom Mortgage Corp,     Attn: Bankruptcy,    Po Box 489,   Mt Laurel, NJ 08054-0489
517431995      +Freedom Mortgage Corp,     10500 Kincaid Dr,    Fishers, IN 46037-9764
517431996      +Garden Savings F.c.u.,    129 Littleton Rd,    Parsippany, NJ 07054-1897
517521681      +Garden Savings Federal Credit Union,     c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                 Tinton Falls, NJ 07724-3001
517431998      +Hyundai Finc,    4000 Macarthur Blvd Ste,    Newport Beach, CA 92660-2558
517432000      +Navaneetha Devaraj & Sheela Gopalakrishn,     22 Christy Drive,   Warren, NJ 07059-6804
517478679      +Navaneetha Devaraj and Sheela Gopalakrishnan,     203 Benkly Drive,    Princeton, NJ 08540-9007
517492694      +Navaneetha Devaraj and Sheela Gopalakrishnan,     Philip R. Kaufman,    54 Woodbridge Ave.,
                 Highland Park, NJ 08904-3257
517432001      +Phelan Hallinan, Diamond & Jones, PC,     400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
517432002      +Philip R. Kaufman, Esq.,     54 Woodbridge Avenue,    Highland Park, NJ 08904-3257
517574154     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: STATE OF NEW JERSEY,     DEPARTMENT OF THE TREASURY,
                 DIVISION OF TAXATION,    P.O. BOX 245,    TRENTON, NJ 08695-0245)
517432003      +Sandeep Jain,    26 Imperial Ct,   Monroe Township, NJ 08831-2162
517818025      +South Brunswick MUA,    P.O. Box 190,    Monmouth Junction, NJ 08852-0190
517432005      +South Brunswick Tax Collector,     540 Ridge Road,   Monmouth Junction, NJ 08852-2677
517432008      +Stacey Cadoff,    163 Gregory Lane,    Franklin Park, NJ 08823-1680
517432009      +State of New Jersey Division of Taxation,     Revenue Processing Center,    PO Box 111,
                 Trenton, NJ 08645-0111
517476355      +Toyota Motor Credit Corporation,     PO Box 9013,   Addison, Texas 75001-9013
517432013       TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022
517432014      +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta, GA 30356-0424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 03 2020 01:40:50      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 03 2020 01:40:44      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517431969      +EDI: AARGON.COM Jul 03 2020 04:49:00      Aargon Agency,    Attn: Bankruptcy Department,
                 8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
517431970      +EDI: AARGON.COM Jul 03 2020 04:49:00      Aargon Agency,    8668 Spring Mountain Rd,
                 Las Vegas, NV 89117-4132
517431971      +E-mail/Text: legal@blirentals.com Jul 03 2020 01:40:18      BLI Rentals, LLC,    PO Box 992,
                 Emporia, KS 66801-0992
517467162      +EDI: AISACG.COM Jul 03 2020 04:49:00      Capital One Auto Finance,
                 4515 N Santa FE Ave., Dept. APS,    Oklahoma City, OK 73118-7901
517431972      +EDI: CAPONEAUTO.COM Jul 03 2020 04:49:00      Capital One Auto Finance,
                 Attn: General Correspondence/Bankruptcy,     Po Box 30285,    Salt Lake City, UT 84130-0285
517431974      +EDI: CAPONEAUTO.COM Jul 03 2020 04:49:00      Capital One Auto Finance,    3901 Dallas Pkwy,
                 Plano, TX 75093-7864
517465693      +EDI: AISACG.COM Jul 03 2020 04:49:00      Capital One Auto Finance, a division of Capital On,
                 P.O. Box 4360,    Houston, TX 77210-4360
517444957      +EDI: AISACG.COM Jul 03 2020 04:49:00      Capital One Auto Finance, a division of Capital On,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517431976      +E-mail/Text: Bk@c2cfsi.com Jul 03 2020 01:40:51      Coast to Coast Financial Solutions,
                 Attn:Bankruptcy,    101 Hodencamp Rd Ste 120,    Thousand Oaks, CA 91360-5831
517431977      +E-mail/Text: Bk@c2cfsi.com Jul 03 2020 01:40:51      Coast to Coast Financial Solutions,
                 101 Hodencamp Rd,    Thousand Oaks, CA 91360-5831
517431978      +E-mail/Text: bankruptcy@consumerportfolio.com Jul 03 2020 01:41:01      Consumer Portfolio Svc,
                 Attn: Bankruptcy,    Po Box 57071,    Irvine, CA 92619-7071
517431979      +E-mail/Text: bankruptcy@consumerportfolio.com Jul 03 2020 01:41:01      Consumer Portfolio Svc,
                 Po Box 57071,    Irvine, CA 92619-7071
517431980      +EDI: CCS.COM Jul 03 2020 04:48:00      Credit Collections Services,    Attention: Bankruptcy,
                 725 Canton Street,    Norwood, MA 02062-2679
517431982      +EDI: CCS.COM Jul 03 2020 04:48:00      Credit Collections Services,    Po Box 607,
                 Norwood, MA 02062-0607
517431984      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 03 2020 01:38:40      Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
517431985      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 03 2020 01:37:30      Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
```

```
District/off: 0312-3          User: admin              Page 2 of 3                Date Rcvd: Jul 02, 2020
                              Form ID: 148             Total Noticed: 63


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517431986         +E-mail/Text: electronicbkydocs@nelnet.net Jul 03 2020 01:40:53      Dept Of Ed/582/nelnet,
                   Attn: Claims/Bankruptcy,    Po Box 82505,    Lincoln, NE 68501-2505
517431988         +E-mail/Text: electronicbkydocs@nelnet.net Jul 03 2020 01:40:53      Dept Of Ed/582/nelnet,
                   3015 Parker Rd,    Aurora, CO 80014-2904
517572865         +EDI: AIS.COM Jul 03 2020 04:48:00      Directv, LLC,   by American InfoSource LP as agent,
                   4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517855831         +E-mail/Text: ar@figadvisors.com Jul 03 2020 01:41:22      FIG Capital Investments NJ13, LLC,
                   PO Box 54472,    New Orleans, Louisiana 70154-4472
517431992         +EDI: BLUESTEM Jul 03 2020 04:48:00      Fingerhut,   Bankruptcy Dept,    6250 Ridgewood Rd,
                   Saint Cloud, MN 56303-0820
517431993         +EDI: BLUESTEM Jul 03 2020 04:48:00      Fingerhut,   6250 Ridgewood Rd,
                   Saint Cloud, MN 56303-0820
517546881         +EDI: HY11.COM Jul 03 2020 04:48:00      Hyundai Capital America DBA,    Hyundai Motor Finance,
                   PO Box 20809,    Fountain Valley, CA 92728-0809
517431997         +EDI: HY11.COM Jul 03 2020 04:48:00      Hyundai Finc,   Attn: Bankruptcy,    Po Box 20809,
                   Fountain City, CA 92728-0809
517431999          EDI: IRS.COM Jul 03 2020 04:49:00      Internal Revenue Service (IRS),    Department of Treasury,
                   P.O. Box 7346,    Philadelphia, PA 19101-7346
517580571          E-mail/PDF: resurgentbknotifications@resurgent.com Jul 03 2020 01:38:11
                   LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                   FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517432004         +E-mail/PDF: OGCRegionIIBankruptcy@hud.gov Jul 03 2020 01:38:32
                   Secretary of Housing and Urban Developme,    451 7th Street S.W.,    Washington, DC 20410-0002
517432006         +EDI: SWCR.COM Jul 03 2020 04:49:00      Southwest Credit Systems,    4120 International Parkway,
                   Suite 1100,    Carrollton, TX 75007-1958
517432007         +EDI: SWCR.COM Jul 03 2020 04:49:00      Southwest Credit Systems,    4120 International Parkway,
                   Carrollton, TX 75007-1958
517432010         +E-mail/Text: ar@figadvisors.com Jul 03 2020 01:41:22      TFS C/F FIG Cap Inv NJ13, LLC,
                   MTAG C/F FIG Cap Invest NJ 13,    PO Box 54472,    New Orleans, LA 70154-4472
517525756         +E-mail/Text: ar@figadvisors.com Jul 03 2020 01:41:22      TFS Cust for FIG Cap Inv NJ13, LLC,
                   PO Box 54472,    New Orleans, LA 70154-4472
517432011          EDI: TFSR.COM Jul 03 2020 04:48:00      Toyota Motor Credit Co,    Toyota Financial Services,
                   Po Box 8026,    Cedar Rapids, IA 52408
517432012         +EDI: TFSR.COM Jul 03 2020 04:48:00      Toyota Motor Credit Co,    Po Box 9786,
                   Cedar Rapids, IA 52409-0004
517461353         +E-mail/Text: electronicbkydocs@nelnet.net Jul 03 2020 01:40:53
                   US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                   Lincoln, NE 68508-1911
517432018         +EDI: VERIZONCOMB.COM Jul 03 2020 04:48:00      Verizon,    Po Box 650584,    Dallas, TX 75265-0584
517432016         +EDI: VERIZONCOMB.COM Jul 03 2020 04:48:00      Verizon,
                   Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                   Weldon Springs, MO 63304-2225
517570221         +EDI: AIS.COM Jul 03 2020 04:48:00      Verizon,    by American InfoSource LP as agent,
                   4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                                 TOTAL: 39

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              +Garden Savings Federal Credit Union,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                  Tinton Falls, NJ 07724-3001
517431973*       +Capital One Auto Finance,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                  Salt Lake City, UT 84130-0285
517431975*       +Capital One Auto Finance,    3901 Dallas Pkwy,    Plano, TX 75093-7864
517431981*       +Credit Collections Services,    Attention: Bankruptcy,    725 Canton Street,
                  Norwood, MA 02062-2679
517431983*       +Credit Collections Services,    Po Box 607,    Norwood, MA 02062-0607
517431987*       +Dept Of Ed/582/nelnet,    Attn: Claims/Bankruptcy,    Po Box 82505,    Lincoln, NE 68501-2505
517431989*       +Dept Of Ed/582/nelnet,    3015 Parker Rd,    Aurora, CO 80014-2904
517432019*       +Verizon,    Po Box 650584,    Dallas, TX 75265-0584
517432017*       +Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                  Weldon Springs, MO 63304-2225
517432015       ##+Trident Asset Management,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2230
                                                                                       TOTALS: 0, * 9, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-3          User: admin              Page 3 of 3            Date Rcvd: Jul 02, 2020
                              Form ID: 148             Total Noticed: 63
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2020 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Allison J. Kiffin    on behalf of Creditor    Garden Savings Federal Credit Union
               collections@peterliska.com
              Andrew L. Spivack    on behalf of Creditor     FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com
              Craig Scott Keiser    on behalf of Creditor     FREEDOM MORTGAGE CORPORATION
               craig.keiser@law.njoag.gov
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              Justin M Gillman    on behalf of Debtor Phillip S Osley ecf@gbclawgroup.com,
               R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com
              Justin M Gillman    on behalf of Joint Debtor Felicia A. Osley ecf@gbclawgroup.com,
               R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Robert   Davidow    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 12
```